# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-315-KJD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE CANDELARIO MURO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that sentencing memorandum currently due on October 29, 2019 is now due on October 30, 2019.

IT IS FURTHER ORDERED that the government shall have until November 1, 2019 to file a response to the defendants sentencing memorandum.

DATED this 30th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

3