# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE CANDELARIO MURO,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00315-KJD-VCF-2<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for April 6, 2023 at 11:00 a.m., be vacated and continued to June 14, 2023 at the hour of 10:00 a.m. in Courtroom 3A.

DATED this 5th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3