RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Jose Candelario Muro

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSE CANDELARIO MURO,<br><br>             Defendant. | Case No. 2:16-cr-00315-KJD-VCF-2<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Jose Candelario Muro, that the Revocation of Supervised Release Hearing currently scheduled on April 11, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense Counsel needs additional time to prepare for hearing.
2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for a continuance of the preliminary hearing.

DATED this 11th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | BY /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CANDELARIO MURO,<br><br>Defendant. | Case No. 2:16-cr-00315-KJD-VCF-2<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Revocation of Supervised Release Hearing currently scheduled for April 11, 2023 at 9:30 a.m., be vacated and continued to June 6, 2023 at the hour of 10:30 a.m. in courtroom 4A; or to a time and date convenient to the court.

DATED this 11th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

3