UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CANDELARIO MURO,<br><br>Defendant. | Case No. 2:16-cr-00315-KJD-VCF-2<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for June 14, 2023 at 10:00 a.m., be vacated and continued to July 14, 2023 at the hour of 8:00 a.m. in Courtroom 3D.

DATED this 12th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE