# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CANDELARIO MURO,<br><br>Defendant. | Case No. 2:16-cr-00315-KJD-VCF-2<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for July 14, 2023 at 8:00 a.m., be vacated and continued to August 4, 2023 at the hour of 10:00 a.m. in Courtroom 3C

DATED this 13th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3