**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00315-KJD-VCF-2 |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE CANDELARIO MURO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 4, 2023 at 10:00 a.m., be vacated and continued to August 30, 2023 at the hour of 1:00 p.m. in Courtroom 3B.

DATED this 2nd day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3