# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE CANDELARIO MURO,<br><br>    Defendant. | Case No. 2:16-cr-00315-KJD-VCF-2<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 30, 2023 at 1:00 p.m., be vacated and continued to September 26, 2023 at the hour of 1:00 p.m. in Courtroom 3A.

DATED this 28th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3