UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE CANDELARIO MURO,<br><br>  Defendant. | Case No. 2:16-cr-00315-KJD-VCF-2<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for October 30, 2023 at 11:30 a.m., be vacated and continued to November 21, 2023 at the hour of 4:00 p.m. in a courtroom to be determined.

  DATED this 26th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3